Emily A. Bolt (State Bar No. 253109)
James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, | Case No.: 3:24-cv-2458 |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER A PSEUDONYM |
| v. | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

The Court, having considered Plaintiff's submission, hereby GRANTS Plaintiff's motion for administrative relief to proceed under a pseudonym. The Clerk is directed to issue the summons.

IT IS SO ORDERED.

Dated: May 6, 2024

_____
Joseph C. Spero
United States ~~District~~ Judge
Magistrate

CASE NO. 3:24-CV-2458                                                    [~~PROPOSED~~] ORDER