UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 24-cv-02458-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on August 27, 2024. Having considered the parties' proposal, *see* Dkt. No. 21, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Amendment of Pleadings/ Joinder | September 20, 2024 |
| Deadline for Defendant to Lodge Administrative Record | January 9, 2025 |
| Close of Fact Discovery | January 31, 2025 |
| Deadline for Parties to File Opening Rule 52 Briefs | February 13, 2025 |
| Deadline for Parties to File Opposition Briefs | March 13, 2025 |
| Rule 52 Hearing/Bench Trial | April 11, 2025 at 10 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/28/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge