UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE<br><br>Plaintiff(s)<br>v.<br>LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant(s) | CASE No C 4:24-cv-02458-HSG<br><br>STIPULATION AND<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
Private mediation with Denise Madigan.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: 12/13/2024

Date: September 3, 2024         /s/Emily Bolt
                                  Attorney for Plaintiff
                                  Jane Doe

Date: September 3, 2024         /s/Jenny H. Wang
                                  Attorney for Defendant
                                  The Lincoln National Life Insurance Company

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 9/3/2024                  *[signature]* Haywood S. Gilliam Jr.
                                  U.S. DISTRICT JUDGE

*Form ADR-Stip rev. 1-15-2019*